UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CONNECT GRANTOR TRUST** | : | **CASE NO.: 3:13-cv-818** |
|     **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **W & W HOLDINGS, LLC;** | : | |
| **KITCHENS & BATHS BY CAM, LLC;** | : | |
| **THE WILMOT PRESERVATION TRUST** | : | |
| **BY AND THROUGH ITS TRUSTEES** | : | |
| **DEBORAH COLE AND FREDERICK J.** | : | |
| **WILMOT a/k/a FRED WILMOT;** | : | |
| **FREDERICK J. WILMOT a/k/a FRED WILMOT** | : | |
| **INDIVIDUALLY, MICHAEL J. WILMOT;** | : | |
| **CHRISTOPHER R. WILMOT; AND** | : | |
| **FAIRFIELD COUNTY BANK** | : | |
|     **Defendants** | : | |

## ORDER

The Court hereby dissolves the order issuing the temporary restraining order against defendants W & W Holdings, LLC, Kitchen & Baths by CAM, LLC, The Wilmot Preservation Trust and its Trustees Frederick J. Wilmot a/k/a Fred Wilmot, as Trustee and Deborah Cole, as Trustee, Michael J. Wilmot, Frederick J. Wilmot a/k/a Fred Wilmot, and Christopher R. Wilmot. The Court had mistakenly assumed that defendants had received notice as the summons had been issued.

Plaintiff may refile an application for Temporary Restraining Order if necessary.

Dated _21st__ day of June 2013 at Bridgeport, Connecticut.

                                                          _____/s/_____
                                                          Warren W. Eginton
                                                          Senior United States District Judge